# IN THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

RUBEN ADRIAN CORTES, JR.,

    Petitioner,

vs.

STEPHEN SMITH, as Acting Warden, Pelican Bay State Prison,

    Respondent.

Case No.:

**[PROPOSED] Order Granting a Stay**

Upon consideration of Ruben Adrian Cortes, Jr.'s, Motion for a *Kelly* Stay, it is hereby ORDERED, the Petitioner's Motion for a *Kelly* Stay is GRANTED.

IN THE ALTERNATIVE; upon consideration of Ruben Adrian Cortes, Jr.'s, Motion for a *Rhines* Stay, it is hereby ORDERED that Petitioner's Motion for a *Rhines* Stay is GRANTED.

DATE: _____, 2023

                                                  _____
                                                  Hon.

ORDER

1