UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN ADRIAN CORTES, JR., <br><br> Petitioner, <br><br> v. <br><br> STEPHEN SMITH, Acting Warden, <br><br> Respondent. | Case No. 2:23-cv-09999-CV-SSC <br><br> **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

    Pursuant to 28 U.S.C. § 636 the Court has reviewed the Petition, all of the records herein, the Report and Recommendation of United States Magistrate Judge, and Petitioner's objections to the Report and Recommendation. The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

    IT IS ORDERED that judgment be entered denying the petition and dismissing this action with prejudice.

    Further, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right or that the

1    court erred in its procedural ruling and, therefore, a certificate of
2    appealability will not issue in this action.  See 28 U.S.C. § 2253(c)(2);
3    Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003);
4    *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

6    DATED: 7/14/25     *Cynthia Valenzuela*
7                      HONORABLE CYNTHIA VALENZUELA
                        UNITED STATES DISTRICT JUDGE