JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN ADRIAN CORTES, JR., | Case No. 2:23-cv-09999-CV-SSC |
| Petitioner, | |
| v. | **JUDGMENT** |
| STEPHEN SMITH, Acting Warden, | |
| Respondent. | |

   Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATED:  7/14/25

*Cynthia Valenzuela*
HONORABLE CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE